# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Mark T. Hennen
Jones, Walker, Waechter
201 St. Charles Ave., #5100
New Orleans LA 70170

## REHEARING ACTION: May 16, 2012

**Docket Number: 11   01474-CA**

**LOUIS B. VIVIANO, ET AL.**
**VERSUS**
**CYNTHIA BRIDGES, IN HER CAPACITY AS SEC. OF THE DEPT. OF REV., STATE OF LA.**

**Appealed from St. Landry Parish Case No. 042178**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. Elizabeth A. Pickett**
    **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Louis B. Viviano and Christy L. Viviano** has this day been

    **DENIED.**
    Saunders, J., would grant rehearing.

cc: Elroy A. James, Counsel for the Appellant